UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH TORRES,

                                                                          26-CV-302 (VSB) (VF)

                              Plaintiff,

                                                                          **ORDER**

              -against-

RAFAEL DILONE, et al.,

                              Defendants.

-----------------------------------------------------------------x


**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **Friday, April 3,**

**2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit

a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **Friday,**

**April 3, 2026**.

The parties shall discuss whether they consent to conduct all proceedings, including a

trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties

consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form

available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such

form with the Court. This Order is not meant to interfere in any way with the parties' absolute

right to have dispositive motions and/or a trial before a United States District Judge, but is

merely an attempt at preserving scarce judicial resources and reminding the parties of their

options pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:     New York, New York
            March 5, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge