UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

JOSEPH TORRES,

Plaintiff,

-against-

RAFAEL DILONE and CABRERA TRANSPORT LLC,

Defendants.

---------------------------------------------------------- X

26-CV-302 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties have reached agreement on all issues through mediation. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 22, 2026
New York, New York

Vernon S. Broderick
United States District Judge